UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKIRA SAH,

*Plaintiff,*

*-against-*

VERIZON COMMUNICATIONS INC. d/b/a VERIZON ONLINE LLC

*Defendant.*

Case No.: 1:26-cv-03061-JSR

**STIPULATION FOR BINDING ARBITRATION AND TO STAY PROCEEDINGS AS TO DEFENDANT VERIZON ONLINE LLC (*ERRONEOUSLY SUED AS* "VERIZON COMMUNICATIONS INC. d/b/a VERIZON ONLINE LLC")**

Plaintiff Akira Sah ("Plaintiff") and Defendant, Verizon Online LLC ("Verizon"), by and through their attorneys of record, hereby stipulate as follows:

1. On or about April 14, 2026, Plaintiff filed the above-titled action.

2. Plaintiff and Verizon agree that a valid agreement exists between them requiring Plaintiff to submit all disputes to binding arbitration.

3. Pursuant to the Arbitration Agreement, Plaintiff and Verizon will arbitrate this dispute through the American Arbitration Association.

4. The parties also stipulate to stay this action pending completion of the arbitration.

**IT IS SO STIPULATED**

Dated: New York, New York
July 14, 2026

Abel L. Pierre, Esq.
LAW OFFICE OF ABEL L. PIERRE, P.C.
*Attorneys for Plaintiff*
AKIRA SAH,
165 Broadway, 23rd Floor,
New York, N.Y. 10006
(212) 766-3323
abel@apierrelaw.com

Howard A. Fried, Esq. (HAF2114)
McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.
*Attorneys for Defendant*
VERIZON ONLINE LLC (*ERRONEOUSLY SUED AS* "VERIZON COMMUNICATIONS INC. d/b/a VERIZON ONLINE LLC)
33 Whitehall Street, 16th Floor
New York, NY 10004
(212) 509-4420
hfried@mkcilaw.us.com