UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKIRA SAH,

*Plaintiff,*

*-against-*

VERIZON COMMUNICATIONS INC. d/b/a VERIZON ONLINE LLC

*Defendant.*

Case No.: 1:26-cv-03061-JSR

**[PROPOSED] ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND TO STAY PROCEEDINGS**

Before the Court is the parties' Stipulation for Binding Arbitration and to Stay Proceedings. Good cause appearing, the Court ORDERS as follows:

1. Plaintiff Akira Sah ("Plaintiff") will submit all claims asserted in this action against Verizon Online LLC to binding arbitration before the American Arbitration Association.

2. This action is stayed pending completion of the arbitration.

**IT IS SO ORDERED.**

Dated: July , 2026

______________________________
Judge Jed S. Rakoff
United States District Judge